UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CITY BONDING COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-90 |
| ) | (Varlan/Shirley) |
| ROBERT L. HAUTHER and BARBARA ) | |
| W. HAUTHER, d/b/a CITY & COUNTY ) | |
| BAIL BONDING CO., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM & ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 61] of the Honorable Thomas A. Varlan, United States District Judge, for disposition of Plaintiff's Motion to Compel [Doc. 49].

Plaintiff has advised the Court that this discovery dispute has been resolved. Accordingly, Plaintiff's Motion to Compel [Doc. 49] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge